CASE CLOSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ASHLEIGH LARSON and JUSTIN LOVELACE, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ZHOU INC.,**<br><br>**Defendant.** | Case No. 2:18-cv-03695- ODW(AFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)** |

Having considered the Joint Stipulation to Dismiss the Action, and with good cause shown, it is hereby Ordered that the action is dismissed in its entirety, with prejudice as to the Plaintiffs' individual claims and without prejudice as to the claims of the putative class members, with each party to bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: July 11, 2018.   _____
HON. OTIS D. WRIGHT II
DISTRICT COURT JUDGE

ORDER